```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 17986
   CYNTHIA M DRAKE
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-5934


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/05/2005 and was confirmed 07/21/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  48.20% from remaining funds.

     The case was paid in full 12/11/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED           10650.00      1663.96        10650.00
AMERICREDIT FINANCIAL SV  UNSECURED OTH      1375.18         .00           667.65
HOMEQ SERVICING CORP      CURRENT MORTG          .00         .00              .00
HOMEQ SERVICING CORP      MORTGAGE ARRE         .00         .00              .00
ASSOC ST JAMES RADIOLOGI  UNSECURED       NOT FILED         .00              .00
PALISADES COLLECTION LLC  UNSECURED          417.39         .00           201.18
AT&T CREDIT MANAGEMENT    NOTICE ONLY     NOT FILED         .00              .00
AT&T                      NOTICE ONLY     NOT FILED         .00              .00
BONE & JOINT CENTER       UNSECURED       NOT FILED         .00              .00
BURKE MEDICAL GROUP       UNSECURED       NOT FILED         .00              .00
BURKE MEDICAL GROUP       NOTICE ONLY     NOT FILED         .00              .00
CAPITAL ONE BANK          UNSECURED       NOT FILED         .00              .00
CAPITAL ONE               NOTICE ONLY     NOT FILED         .00              .00
CBUSA INC                 UNSECURED          148.55         .00            71.60
CONSULTANTS IN GASTROENT  NOTICE ONLY     NOT FILED         .00              .00
CONSULTANTS IN GASTROENT  NOTICE ONLY     NOT FILED         .00              .00
CONSULTANTS IN GASTROENT  NOTICE ONLY     NOT FILED         .00              .00
DOCTORS DIAGNOSTIC CENTE  UNSECURED       NOT FILED         .00              .00
EMERGE                    UNSECURED       NOT FILED         .00              .00
EMERGE                    NOTICE ONLY     NOT FILED         .00              .00
ROUNDUP FUNDING LLC       UNSECURED          645.21         .00           310.98
FIRST PAYDAY LOANS        UNSECURED       NOT FILED         .00              .00
HINCKLEY SPRING WATER     UNSECURED       NOT FILED         .00              .00
HORSESHOE CASINO          UNSECURED       NOT FILED         .00              .00
HORSESHOE CASINO          NOTICE ONLY     NOT FILED         .00              .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          704.83         .00           339.72
HOUSEHOLD                 NOTICE ONLY     NOT FILED         .00              .00
MRC RECEIVABLES           UNSECURED       NOT FILED         .00              .00
MRC RECIEVABLES           NOTICE ONLY     NOT FILED         .00              .00
NICOR GAS                 UNSECURED          834.72         .00           402.33
PROVIDIAN NATIONAL BANK   UNSECURED       NOT FILED         .00              .00
PROVIDIAN NATIONAL BANK   NOTICE ONLY     NOT FILED         .00              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 17986 CYNTHIA M DRAKE
```

```
SOUTHWEST WOMENS HEALTHC  UNSECURED      NOT FILED              .00           .00
SOUTHWEST WOMENS HEALTHC  NOTICE ONLY    NOT FILED              .00           .00
ST JAMES HOSPITAL & HEAL  UNSECURED      NOT FILED              .00           .00
ST JAMES HOSPITAL         NOTICE ONLY    NOT FILED              .00           .00
ST JAMES                  NOTICE ONLY    NOT FILED              .00           .00
ST JAMES HOSPITAL         NOTICE ONLY    NOT FILED              .00           .00
TALK AMERICA              UNSECURED      NOT FILED              .00           .00
TALK AMERICA              NOTICE ONLY    NOT FILED              .00           .00
UNIVERSITY OF ILLINOIS M  NOTICE ONLY    NOT FILED              .00           .00
UNIVERSITY OF ILLINOIS M  UNSECURED      NOT FILED              .00           .00
VERIZON WIRELESS          UNSECURED         769.50              .00        370.89
VERIZON WIRELESS          NOTICE ONLY    NOT FILED              .00           .00
VERIZON WIRELESS          NOTICE ONLY    NOT FILED              .00           .00
VERIZON WIRELESS          NOTICE ONLY    NOT FILED              .00           .00
ONE IRON VENTURES INSTAN  UNSECURED      NOT FILED              .00           .00
PAYDAY LOAN STORE         UNSECURED      NOT FILED              .00           .00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY       2,594.00                     2,594.00
TOM VAUGHN                TRUSTEE                                        1,087.69
DEBTOR REFUND             REFUND                                              .00
```

Summary of Receipts and Disbursements:

```
--------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE               18,360.00

PRIORITY                                            .00
SECURED                                       10,650.00
   INTEREST                                    1,663.96
UNSECURED                                      2,364.35
ADMINISTRATIVE                                 2,594.00
TRUSTEE COMPENSATION                           1,087.69
DEBTOR REFUND                                       .00
                      ---------------        ---------------
TOTALS                18,360.00               18,360.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 03/05/09              _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```

PAGE   2
CASE NO. 05 B 17986 CYNTHIA M DRAKE